**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Devonte Boldon

                Plaintiff,

v.                                     Case No.: 1:18–cv–04233
                                              Honorable John J. Tharp Jr.

David L Salgado, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 12, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Plaintiff's response to defendants' motions to stay [39] is due by 10/10/18. Defendants' replies are due by 10/24/18. Defendants' motions to join the motion to stay [44] [45] are granted. Defendant Officers' motion to dismiss [35] and defendant City of Chicagos motion to dismiss [41] are taken under advisement. Plaintiff's responses are due by 11/7/18. Respective defendants' replies are due by 11/21/18. Apart from the briefing of these motions, proceedings are otherwise stayed until further order of the Court. If the parties' reached an agreement as to a partial stay of proceedings, an agreed motion should be filed promptly. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.