UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Devonte Boldon

                        Plaintiff,

v.                                                               Case No.: 1:18–cv–04233
                                                                   Honorable John J. Tharp Jr.

David L Salgado, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 27, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr: Consistent with the Court's joint status ruling [80], the motion by defendants Elizondo and Salgado to stay Litigation Proceedings [39] is granted in part and denied in part. Defendant Mostowski's motion to dismiss [77] in case 18cv4233 is taken under advisement. Plaintiff's response to the motion is due by 1/3/19; defendant Mostowski's reply is due by 1/10/19. In light of the Plaintiff's filing of an amended complaint [63], the motion to dismiss by defendants Caribou, D'Angelo, Hayden, Martinez, and Pruger [35] and the City's motion to dismiss [41] are denied as moot. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.