UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Devonte Boldon

                Plaintiff,

v.                                           Case No.: 1:18–cv–04233
                                                    Honorable John J. Tharp Jr.

David L Salgado, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 9, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Plaintiff's counsel not present. Defendants Elizondo and Salgado's joint motion to reconsider [82] is granted. The Court orally clarifies the 11/27/18 ruling with regard to defendants Elizondo and Salgado; neither defendant is required to make any affirmative statement in connection with responding to or producing discovery. Defendants' counsel report that the parties have reached a settlement in this case. Accordingly, defendant Mostowski's motion to dismiss [77] is denied without prejudice as moot. The status hearing scheduled for 1/23/19 at 9:30 a.m. remains in effect absent the filing of a dismissal pursuant to FRCP 41 before that date. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.