IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEVONTE BOLDON,

Plaintiff,

v.

DAVID SALGADO, STAR #16347; ROCCO PRUGER, STAR #15445; ASAHI HAYDEN, STAR #10118; RICHARD MOSTOWSKI, STAR #12898; XAVIER ELIZONDO, STAR #1340; B. MARTINEZ, STAR #14519; NICHOLAS D'ANGELO, STAR #16801; JEFFERY CARIBOU, STAR #7416; and THE CITY OF CHICAGO,

Defendants.

Case No. 18 C 4233

Judge John J. Tharp, Jr.

Magistrate Judge Sidney I. Schenkier

STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed with prejudice. Each side shall bear its own costs and attorneys' fees.

Jonathan S. Bedi
Attorney for Plaintiff, Devonte Boldon
Bedi & Singer, LLP
910 West Van Buren Street, Suite 2S
Chicago, Illinois 60608
(312) 525-2017
Attorney No. 6289029
DATE: 1/2/2019

Stephen H. Weil
Attorney for Plaintiff, Devonte Boldon
Weil & Chardon LLC
333 South Wabash Ave., Suite 2700
Chicago, Illinois 60604
(312) 585-7404
Attorney No. 6291026
DATE: 1/2/19

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY:
Kevin Lovellette
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602, (312) 744-4883
Attorney No. 6243384, DATE:

Shneur Nathan
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60603, (312) 612-2238
Attorney No. 6294495, DATE: 1/8/19

Kenneth M. Battle

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEVONTE BOLDON,

Plaintiff,

v.

DAVID SALGADO, STAR #16347; ROCCO PRUGER, STAR #15445; ASAHI HAYDEN, STAR #10118; RICHARD MOSTOWSKI, STAR #12898; XAVIER ELIZONDO, STAR #1340; B. MARTINEZ, STAR #14519; NICHOLAS D'ANGELO, STAR #16801; JEFFERY CARIBOU, STAR #7416; and THE CITY OF CHICAGO,

Defendants.

Case No. 18 C 4233

Judge John J. Tharp, Jr.

Magistrate Judge Sidney I. Schenkier

STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed with prejudice. Each side shall bear its own costs and attorneys' fees.

Jonathan S. Bedi
Attorney for Plaintiff, Devonte Boldon
Bedi & Singer, LLP
910 West Van Buren Street, Suite 25
Chicago, Illinois 60608
(312) 525-2017
Attorney No. 6289029
DATE: 1/2/2019

Stephen H. Weil
Attorney for Plaintiff, Devonte Boldon
Weil & Chardon LLC
333 South Wabash Ave., Suite 2700
Chicago, Illinois 60604
(312) 585-7404
Attorney No. 6291026
DATE: 1/2/19

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY:
Kevin Lovellette
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602, (312) 744-4883
Attorney No. 6243384, DATE: 1-11-19

Shneur Nathan
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60603, (312) 612-2238
Attorney No. 6294495, DATE:

Kenneth M. Battle

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEVONTE BOLDON,

Plaintiff,

v.

DAVID SALGADO, STAR #16347; ROCCO PRUGER, STAR #15445; ASAHI HAYDEN, STAR #10118; RICHARD MOSTOWSKI, STAR #12898; XAVIER ELIZONDO, STAR #1340; B. MARTINEZ, STAR #14519; NICHOLAS D'ANGELO, STAR #16801; JEFFERY CARIBOU, STAR #7416; and THE CITY OF CHICAGO,

Defendants.

Case No. 18 C 4233

Judge John J. Tharp, Jr.

Magistrate Judge Sidney I. Schenkier

STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed with prejudice. Each side shall bear its own costs and attorneys' fees.

Jonathan S. Bedi
Attorney for Plaintiff, Devonte Boldon
Bedi & Singer, LLP
910 West Van Buren Street, Suite 2S
Chicago, Illinois 60608
(312) 525-2017
Attorney No. 6289029
DATE: 1/2/2019

Stephen H. Weil
Attorney for Plaintiff, Devonte Boldon
Weil & Chardon LLC
333 South Wabash Ave., Suite 2700
Chicago, Illinois 60604
(312) 585-7404
Attorney No. 6291026
DATE: 1/2/19

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY: ________________
Kevin Lovellette
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602, (312) 744-4883
Attorney No. 5243384, DATE: __________

Shneur Nathan
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60603, (312) 612-2238
Attorney No. 6294495, DATE: __________

Kenneth M. Battle

Special Assistant Corporation Counsel
Attorney for Defendant, Xavier Elizondo
O'Connor & Battle LLP
20 North Clark Street, Suite 1600
Chicago, Illinois 60602, (312) 742-3902
Attorney No. 6269386, DATE: 1/4/19

[signature]
Lawrence S. Kowalczyk
Special Assistant Corporation Counsel
Attorney for Defendants,
Jeffery Caribon, Nicholas D'Angelo,
Ashli Hayden, B. Martinez and Rocco Pruger
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, Illinois 60604, (312) 540-7000
Attorney No. 6225387, DATE: 1/3/19

______________________
Steven B. Borkan
Special Assistant Corporation Counsel
Attorney for Defendant, David Salgado
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60606, (312) __________
Attorney No. ________, DATE: __________

______________________
Gary J. Ravitz
Special Assistant Corporation Counsel
Attorney for Defendant, Richard Mostowski
Ravitz & Palles, P.C.
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601, (312) __________
Attorney No. ________, DATE: __________

Special Assistant Corporation Counsel
Attorney for Defendant, Xavier Elizondo
O'Connor & Battle LLP
20 North Clark Street, Suite 1600
Chicago, Illinois 60602, (312) 742-3902
Attorney No. ________, DATE: ________

____________________
Lawrence S. Kowalczyk
Special Assistant Corporation Counsel
Attorney for Defendants,
Jeffery Caribou, Nicholas D'Angelo,
Asahi Hayden, B. Martinez and Rocco Pruger
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, Illinois 60604, (312) ________
Attorney No. ________, DATE: ________

[signature]
Special Assistant Corporation Counsel
Attorney for Defendant, David Salgado
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60606, (312) ________
Attorney No. 6193463, DATE: 8 JAN 2019

____________________
Gary J. Ravitz
Special Assistant Corporation Counsel
Attorney for Defendant, Richard Mostowski
Ravitz & Palles, P.C.
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601, (312) ________
Attorney No. ________, DATE:

Special Assistant Corporation Counsel
Attorney for Defendant, Xavier Elizondo
O'Connor & Battle LLP
20 North Clark Street, Suite 1600
Chicago, Illinois 60602, (312) 742-3902
Attorney No. ________ DATE: ________

Lawrence S. Kowalczyk
Special Assistant Corporation Counsel
Attorney for Defendants,
Jeffery Caribou, Nicholas D'Angelo,
Asahi Hayden, B. Martinez and Rocco Pruger
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, Illinois 60604, (312) 540-7600
Attorney No. 6225387, DATE: 1/3/19

Steven B. Borkan
Special Assistant Corporation Counsel
Attorney for Defendant, David Salgado
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60606, (312) ________
Attorney No. ________, DATE: ________

Nachtalie Palawbast on behalf of
Gary J. Ravitz
Special Assistant Corporation Counsel
Attorney for Defendant, Richard Mostowski
Ravitz & Palles, P.C.
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601, (312) 558-1689
Attorney No. 2291495 DATE: 1/4/19